IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHARLES EVANS, III,** | |
| Plaintiff, | 8:12CV161 |
| vs. | |
| **NEBRASKA BEEF, LTD.,** | ORDER |
| Defendant. | |

This matter is before the court on the defendant's Motion for Relief From Progression Order and Demand for Jury Trial (Filing No. 35). The defendant seeks an order indicating the parties have not waived their rights to a jury trial. As of the date of the initial progression order, August 8, 2013, no party had demanded a jury trial. For that reason, the matter was set for a trial without a jury. **See** Filing No. 32. The August 8, 2013, progression order made no determination expanding or limiting the parties' rights to jury trial. Thereafter, on September 3, 2013, the defendant filed an answer stating a demand for trial by jury. **See** Filing No. 43. Based on this answer and demand, the court will enter an amended progression order. Accordingly,

**IT IS ORDERED**:

The defendant's Motion for Relief From Progression Order and Demand for Jury Trial (Filing No. 35) is granted as set forth herein.

Dated this 4th day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge