## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES EVANS, III,<br><br>                    Plaintiff,<br><br>        vs.<br><br>NEBRASKA BEEF, LTD.,<br><br>                    Defendant. | **8:12CV161**<br><br>**ORDER** |

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal to the Eighth Circuit Court of Appeals.  Filing No. 42.  The Court previously granted plaintiff in forma pauperis status in this case, finding the plaintiff financially eligible to so proceed.   See Filing No. 6.  The Court finds the plaintiff is likewise eligible to proceed in forma pauperis on appeal.  Further, the Court will not stay this case pending appeal.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed in forma pauperis on appeal, Filing No. 42, is granted.   The Court will not stay this case pending appeal.

Dated this 4th day of September, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge