IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES EVANS III,<br><br>           Plaintiff,<br><br>    v.<br><br>NEBRASKA BEEF, LTD.,<br><br>           Defendant. | **8:12CV161**<br><br>**ORDER** |

This matter is before the court on plaintiff's motion to proceed in forma pauperis on appeal to the Eighth Circuit Court of Appeals. Filing No. 92. The court previously granted plaintiff in forma pauperis status in this case, finding the plaintiff financially eligible to so proceed. See Filing Nos. 6 and 46. The court finds the plaintiff is likewise eligible to proceed in forma pauperis on this appeal.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed in forma pauperis on appeal, Filing No. 92, is granted.

DATED this 18th day of March, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge